IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHOICE HOTELS INTERNATIONAL, INC.,

    Plaintiff,　　　　　　　　　　　　No. CIV S-12-0116 KJM CKD PS

    vs.

MULJIBHAL PATEL, et al.,

    Defendants.　　　　　　　　　　　ORDER
_____/

    On April 3, 2012, this matter was referred to the undersigned pursuant to Local Rule 302(c)(21). On March 8, 2012, plaintiff notified the court of defendants' filing of a bankruptcy petition. Dkt. no. 14. This action is therefore subject to the automatic stay provisions of 11 U.S.C. § 362.

    Accordingly, IT IS HEREBY ORDERED that:

    1. This action is stayed.

    2. The status conference set for May 16, 2012 before the undersigned is vacated.

Dated: April 5, 2012

                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

4 - choice.bk